UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KORECO K. CLEAVES, Personal Representative of the Estate of KYAMBE CLEAVES, deceased,**

        Plaintiff(s),        CASE NUMBER: 07-11019
                                  HONORABLE VICTORIA A. ROBERTS

v.

**AMERICAN MANAGEMENT SERVICES CENTRAL LLC, a foreign limited liability company, and OLYMPIC WALDEN WOOD LLC, a foreign limited liability company,**

        Defendant(s).
_____/

### ORDER

This matter is before the Court on Plaintiff Koreco K. Cleaves' Ex-Parte Motion for Temporary Restraining Order and Order to Show Cause.  Plaintiff's motion is **DENIED.**

Plaintiff failed to allege a cognizable cause of action in his Complaint.  And, Plaintiff failed to present argument and proofs on each element the Court must consider in deciding whether to grant either a temporary restraining order:  (1) the plaintiff's likelihood of success on the merits; (2) whether the plaintiff could suffer irreparable harm without the injunction; (3) whether granting the injunction will cause substantial harm to others; and (4) the impact of the injunction on the public interest.  *Connection Distributing Co. v. Reno*, 154 F.3d 281, 288 (6th Cir. 1998).

        **IT IS SO ORDERED.**

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: March 9, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2007.

S/Carol A. Pinegar
Deputy Clerk

---